Your Name: Chris Gremmels
Address: Mainstay Suites - 11001 Oakmont St. Overland Pk KS 66210
Phone Number: 415 · 300 · 5658
Fax Number:
E-mail Address: cegremmels@gmail.com
Pro Se Plaintiff

FILED (4) IFP
APR 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
N/C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gremmels<br>Plaintiff,<br><br>v.<br><br>Apple, Verizon, Google<br>Defendant. | Case Number CV25 3722 [leave blank]<br><br>**COMPLAINT** LJC<br><br>DEMAND FOR JURY TRIAL<br>Yes ■ No ☐ |

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Christian Gremmels
Address: 11001 Oakmont St, Overland Park, KS, 66210
Telephone: 415-300-5658

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: Apple Inc.
Address: 1 Apple Park Way, Cupertino CA · 95014
Telephone: 408 · 996-1010

Defendant 4: Amazon
1101 Church St Nashville TN 37203 USA
888 881 2622

Defendant 2:

Name: Verizon

Address: 1095 Avenue of the Americas, New York City, NY, USA 10036

Telephone: 800 837 4966

Defendant 3:

Name: Gmail / Google

Address: 1600 Amphitheatre Parkway, Mountain View CA 94043 USA

Telephone: 650 253 0000

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved? - For Example: Telecommunications Regulations
for example: Title 47 US Code 1004 - Systems Security and Integrity

☒ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and

I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in SF/Marin County/Alameda County, it should be assigned to the San Francisco/Oakland Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

## VI. CLAIMS

### First Claim

Name the law or right violated:

___

Name the defendants who violated it:

___

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

**________________ Claim**

Name the law or right violated:

Name the defendants who violated it:

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

400,000 lost in total to electronic crisis. Increased expenses are listed and explained in typed copies of statement of facts

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 4/11/2025 Sign Name: [signature]

Print Name: Chris Gremmels

Copy this page and insert it where you need additional space.

#6
In 2015 I began suffering more chemical fumes and spill interference walking anywhere in public or private in apartment or room.

#7
This reduced most of my ability for long distance hiking or running. I found no one could explain the problem in any medical or legal or other corporate authority. This increased my grief and I had to assume the problem was unsolvable vandalism and assault crime. In order to manage my mental health with less safety and sports, I began calling my brother for some advice. It was strange to me that he did not answer the first month of calls or return the initial 100 voicemails.

#8
By the middle of year 2016 my brother had not answered 1 call and I counted 8000 voicemails I left to him through Apple and Verizon phone system over a year and a half. I began sending him emails starting with a description of the 8000 voicemails and an inquiry as to his estimate of the phone security problem. I mentioned a concern with litigation on the problem because I couldn't really be expected to leave more voicemails or be entrapped to litigation to solve a phone crime that he might help me solve in one email or discussion.

#9
I was getting entrapped to privacy problems in my motels and electronically because I was revealing too much about myself and life in verbal expression. Another problem that was getting worse was the motels increased a fume poison problem that seemed to include more difficult varieties of alcohol and antipsychotics and narcotics and stronger scheduled drug fumes. All this chemical risk decreased my reliance on the lobby of motel to limit possibilities of theft or seeming demented from chemical poisoning.

#10
I increased my use of emails and phone calls to motel to solve poisoning to room causing sleep deprivation and a need to verbally report my experiences to my brother. The motels very infrequently responded to emails once in 10 years. I may have received 50 responses to emails through motel businesses to a total of over 3000 emails sent to motel managements in a decade. Most of these emails were sent to offer motel a higher price for safer room so I could sleep more and eat less and make less phone calls to tolerate fume poisoning that increases food and sleep and talking needs. The lack of response from motels only decreased my tolerance to arthritis and walking and increased my tendency to leave voicemails and emails to my brother.

#11
After a decade I have left over 60,000 voicemails and 15,000 emails to my brother. I got no response to any whatsoever. Over the course of the decade the information and inquiries I left for him grew more creative and intelligent and important. But he may not have received any of the information. And it's obvious that he may have received false information through voicemail and email. False information may have stopped him from responding, when my information certainly would have prompted a return call based on political or familial context or entertaining content. Or did he respond and these responses were stolen?

#12
The total moral or legal problem suffered in this matter increased rent and food and clothing costs.
Normal reciprocal information with family or motels about problems helps normalize sleep and food and stress and exercise and sports. The decade long phone security crisis increased cost of living and damages.

#13
2 recent complaints involving Apple and Verizon pertaining to housing & accommodations & product liability were complicated and torturous because of judicial misconduct and increased electronics security problems.
The misconduct and other city dangers such as foot and car traffic and usps mail theft and electronic security crisis ruined my rights to subpoena for testimony on the quality and quantity of information theft or falsifications.

#14
These earlier complaints were more focused on a million emails to affordable apartment renters getting no response and keeping me stuck in motels that were more costly to buy daily and forced much more weekly and total relocations and difficult transit and walking struggles that required over triple my usual needs for food and water and reduced my tolerance to bargain food and tap water. Entrapment to special unaffordable whole or raw foods was constant for a decade. These motels and exposure to relocation damaged footwear and required more expensive footwear.

$ Footwear bill before 2015 was 300$ yearly. This suddenly became 3000$ yearly and has remained at this cost until last 2 years at 2000$ yearly but included 2000$ extra over 2 years in medical treatment for arthritis and footwear problems.

#15

$ Total extra food and water over decade is 80,000$

$ Total extra footwear and medication is 30,000$

$ Total extra rent is estimated at 180,000 over decade based on average monthly rent from 2005-2015 being under 1500, and an increase to an average of 3000$ monthly for motel rent or camping rent and expenses monthly.

$ Also important is the next 5 years of increased medical and dental costs which are not a simply matter to estimate. It's sufficient to claim that normal electronic security and information exchange would probably have made recent and upcoming medical and dental bills less because of less disease to muscle and bone and teeth. These things may add another 10,000$.

$ This totals at 300,000$ increase in living expenses.

#16

$ The stress and timing damages resulted in less outreach for employment and the possibility of security problems that may have ruined the applications that I had time to send. Obviously I remained unemployed the whole decade. The economic loss here isn't easily measurable. Yet it's important to consider. Maybe it's fair enough to estimate this as a 100,000$ loss over the decade.

$ That adds up to 400,000 $ lost in a decade to an electronic security crisis.