UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GREMMELS,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | Case No. 25-cv-03722-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Christian Gremmels filed this action on April 28, 2025. ECF No. 1. The undersigned granted Plaintiff's application to proceed *in forma pauperis*, screened Plaintiff's complaint pursuant to 28 U.S.C. Section 1915(e)(2)(B), and issued an Order to Show Cause as to why the complaint should not be dismissed for failure to state a claim. ECF No. 6. Plaintiff was provided until June 4, 2025 to file an amended complaint or otherwise demonstrate that his original complaint was sufficient. *Id.* at 3. Plaintiff did not file an amended complaint, instead filing a request for a PACER fee exemption (ECF No. 7) and a response to the Order to Show cause (ECF No. 9). Based on Plaintiff's representations that it took him several weeks to receive the Court's Order to Show Cause and his apparent unfamiliarity with the legal process, the undersigned extended his deadline to file an amended complaint to July 28, 2025 and referred Plaintiff to the Northern District's Legal Help Center for Pro Se Litigants. ECF No. 10.

An initial case management conference was held on July 31, 2025. ECF No. 15. Plaintiff represented that he had attempted to file his amended complaint by mailing it to the Clerk's Office. *Id.* The undersigned informed Plaintiff neither her chambers nor the Clerk's Office had received a copy of his amended complaint and that it was not filed on the docket. She encouraged Plaintiff to register as an e-filer and ordered him to file his amended complaint no later than

August 14, 2025.  *Id.*

To date, no amended complaint has been filed on the docket.  By September 17, 2025, Plaintiff must file his amended complaint, addressing the previously identified deficiencies, namely his failure to allege facts showing that Defendants were responsible for the alleged falsification and deletion of his emails and voicemails and his failure to allege which law(s) Defendants' conduct violated.  *See* ECF No. 6.  Plaintiff's failure to comply with this Order may result in a report and recommendation by the undersigned that this case be dismiss for failure to prosecute.

Resources for pro se litigants are available online at: https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: August 27, 2025

LISA J. CISNEROS
United States Magistrate Judge